# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-03279-RGK | Date | July 28, 2023 |
|---|---|---|---|
| Title | *In Re: Shirley Foose McClure* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Appellant: | Attorneys Present for Appellee: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause Re: Jurisdiction to Hear Bankruptcy Appeal**

On March 10, 2023, Landau Law LLP ("Appellant") filed a Notice of Appeal regarding a bankruptcy court's March 8, 2023 Order approving the employment of Shulman Bastian Friedman and Bui, LLP ("Appellee") as special fee review counsel. Because Appellant desires review of an interlocutory order, the Court issues this Order to Show Cause.

A district court has jurisdiction to hear appeals from a bankruptcy court's final judgments, orders, and decrees. 28 U.S.C. § 158(a)(1). Appellants may also appeal interlocutory orders with leave of the court. 28 U.S.C. § 158 (a)(3). In its opening brief, Appellant states that the Court has jurisdiction to hear this Appeal because it concerns a final order. The Court disagrees.

A bankruptcy court's order appointing or disqualifying counsel is an interlocutory order. *In re Westwood Shake & Shingle, Inc.*, 971 F.2d 387, 389 (9th Cir. 1992). This Court, therefore, lacks jurisdiction over this Appeal unless leave is granted. *See, e.g., In re Gallardo*, WL 6259991, at *3 (B.A.P. 9th Cir. 2010); *In re Shat*, WL 7809004, at *4 (B.A.P. 9th Cir. 2009). Leave to appeal an interlocutory order is proper when: (1) "the order involves a controlling question of law as to which there is substantial ground for difference of opinion" and (2) "the appeal is in the interest of judicial economy because an immediate appeal may materially advance the ultimate termination of the litigation." *In re TV, LLC.*, WL 1521633 at *4 (B.A.P. 9th Cir. 2012). Neither requirement appears to be met in the instant matter.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-03279-RGK | Date | July 28, 2023 |
|---|---|---|---|
| Title | *In Re: Shirley Foose McClure* | | |

Accordingly, the Court **ORDERS** Appellant and Appellee to **show cause in writing** why or why not the present Appeal should not be dismissed for lack of jurisdiction. Such responses **shall not exceed ten pages in length** and must be submitted within **two weeks of this Order's issuance.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/ak |