UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-03279-RGK | Date | August 14, 2023 |
|---|---|---|---|
| Title | *In Re: Shirley Foose McClure* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Appellant:  Attorneys Present for Appellee:

Not Present  Not Present

**Proceedings:** **(IN CHAMBERS) Order Re: Parties' Responses to Order to Show Cause Re: Jurisdiction to Hear Bankruptcy Appel [DEs 18–19]**

    Having considered the parties' responses to the Order to Show Cause Re: Jurisdiction to Hear Bankruptcy Appeal, the Court declines to grant Appellant leave to appeal the interlocutory order approving Appellee's employment as special fee review counsel. Accordingly, the Court **DISMISSES** the appeal.

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | JRE/ak |